UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
TAMMY BEAUDREAULT, as Fund          )
Administrator of the Teamsters      )
Local 251 Health Services and       )
Insurance Plan,                     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 12-565 S
                                    )
ANTHONY DELFARNO and                )
LISA LAVIGNE,                       )
                                    )
        Defendants.                 )
_____ )

## ORDER

WILLIAM E. SMITH, Chief Judge.

On March 31, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation in the above-captioned matter (ECF No. 21). Judge Almond recommended that both Plaintiff's Motion for Summary Judgment (ECF No. 14) and Defendant's Motion for Summary Judgment (ECF No. 16) be denied. No objections to the Report and Recommendation were filed. Because this Court agrees with Judge Almond's analysis, it hereby accepts the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment are DENIED.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date: May 29, 2014